No. 1028. LLOYDS, A CORPORATION AS TREASURER OF LLOYDS UNDERWRITERS SYNDICATE No. 670 AND LLOYDS UNDERWRITERS SYNDICATE No. 671, ETC., *v.* EDITH BOBE. April 12, 1926. Petition for a writ of certiorari to the

Circuit Court of Appeals for the Second Circuit denied. *Messrs. Herbert Barry, A. G. Thacher,* and *J. K. Summers* for petitioners. *Mr. William ·O. Badger, Jr.,* for respondent.